IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

SE PROPERTY HOLDINGS LLC,
    Plaintiff,

vs.                               3:13cv77/MCR/CJK

PATRICK RENTROP, et al.,
    Defendants.

## REPORT AND RECOMMENDATION

This cause is before the court upon Notice of Settlement and Joint Motion and Stipulation for Entry of Final Judgment (doc. 19). Plaintiff/lender and defendantsborrowers, Patrick and Janelle Rentrop, have amicably settled all claims by stipulating to dismissal of Count 1, an action for foreclosure, and stipulating to liability and damages as to Count 2. (Doc. 1, p. 3).

Accordingly, it is respectfully RECOMMENDED:

1. The court DISMISS WITHOUT PREJUDICE Count 1 of the complaint.

2. The court direct the Clerk of Court to enter final judgment for damages in favor of the plaintiff and against Patrick Rentrop and Janelle Rentrop, jointly and severally, in the amount of $150,000.00, with post-judgment interest at the rate of .16%.

3. The court direct the Clerk to close the file.

DONE AND ORDERED this 10th day of May, 2013.

*/s/ Charles J. Kahn, Jr.*
**CHARLES J. KAHN, JR.**
**UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

Any objections to these proposed findings and recommendations must be filed within fourteen days after being served a copy hereof.  <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.</u>  A copy of any objections shall be served upon any other parties.  Failure to object may limit the scope of appellate review of factual findings.  *See* 28 U.S.C. § 636; *United States v. Roberts*, 858 F.2d 698, 701 (11th Cir. 1988).