IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

SE PROPERTY HOLDINGS LLC,

    Plaintiff,

v.                                      Case No. 3:13cv77/MCR/CJK

PATRICK RENTROP, et al.,

    Defendants.
_____/

## ORDER

Upon consideration of the Report and Recommendation of the Magistrate Judge filed on May 10, 2013, pursuant to 28 U.S.C. § 636(b)(1)(B), and after reviewing objections to the Recommendation, if any, the Recommendation is adopted as the opinion of the Court.

Accordingly, it is now ORDERED as follows:

1.     The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2.     Count 1 of the complaint is DISMISSED WITHOUT PREJUDICE.

3.     The clerk is directed to enter final judgment for damages in favor of the plaintiff and against Patrick Rentrop and Janelle Rentrop, jointly and severally, in the amount of $150,000.00, with post-judgment interest at the rate of .16%.

4.     The clerk is directed to close the file.

**DONE AND ORDERED** this 11th day of June, 2013.

                                                s/ *M. Casey Rodgers*
                                                **M. CASEY RODGERS**
                                                **CHIEF UNITED STATES DISTRICT JUDGE**